Mark Gaylord (#05073)
Nathan R. Marigoni (#14885)
BALLARD SPAHR LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001
gaylord@ballardspahr.com
marigonin@ballardspahr.com
*Attorneys entering limited appearance
on behalf of Defendants Fuel Education, LLC
& K12, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, SOUTHERN DIVISION**

| | |
|---|---|
| **UTAH ONLINE SCHOOL, a governmental entity; and WASHINGTON COUNTY SCHOOL DISTRICT, a governmental entity,**<br><br>            Plaintiffs,<br><br>v.<br><br>**FUEL EDUCATION, LLC, a Delaware limited liability company, and K12, INC., a Delaware corporation,**<br><br>            Defendants. | **NOTICE OF LIMITED APPEARANCE ON BEHALF OF DEFENDANTS FUEL EDUCATION, LLC AND K12, INC.**<br><br><br>**Case No.:  4:20-cv-00037-DN-PK**<br><br>**Judge David Nuffer**<br><br>**Magistrate Judge Paul Kohler** |

Pursuant to Local Rule 83-1.3(b), Mark Gaylord ("Counsel"), of the law firm Ballard Spahr LLP, enters his notice of limited appearance on behalf of Defendants Fuel Education, LLC and K12, Inc. (collectively "Defendants").

Counsel enters this notice of limited appearance confirming that he represents Defendants for purposes of responding to Plaintiffs Utah Online School and Washington County School District's Complaint.

DATED this 19th day of May 2020.

/s/ Mark R. Gaylord
Mark R. Gaylord
Nathan R. Marigoni
BALLARD SPAHR LLP
*Attorneys entering a limited appearance on behalf of Defendants Fuel Education, LLC & K12, Inc.*

/s/ Reuben Oswald
Fuel Education, LLC
By: Reuben Oswald
Title: Assistant General Counsel

/s/ Reuben Oswald
K12, Inc.
By: Reuben Oswald
Title: Assistant General Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct of copy of the foregoing **NOTICE OF LIMITED APPEARANCE ON BEHALF OF DEFENDANTS FUEL EDUCATION, LLC AND K12, INC.** was served to the following this 19th of May 2020, in the manner set forth below:

[ X ] Through the CM/ECF System for the U.S. District Court

[  ] Hand Delivery

[  ] U.S. Mail, postage prepaid

[  ] E-mail:   ginger.utley@learlaw.com; mitch.maio@learlaw.com;

>
> Ginger L. Utley
> Mitchell S. Maio
> LEAR & LEAR P.L.L.C.
> 808 East South Temple Street
> Salt Lake City, UT 84102

/s/ Mark R. Gaylord