IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UTAH ONLINE SCHOOL, a governmental entity; and WASHINGTON COUNTY SCHOOL DISTRICT, a governmental entity,<br><br>        Plaintiffs,<br><br>v.<br><br>FUEL EDUCATION, LLC, a Delaware limited liability company, and K12, INC., a Delaware corporation,<br><br>        Defendants. | ORDER GRANTING NOTICE OF TENTATIVE SETTLEMENT OF PARTIES AND STIPULATED MOTION TO EXTEND DEADLINES<br><br>Case No.:  4:20-cv-00037-DN-PK<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

      For good cause appearing, the Court hereby GRANTS the Notice of Tentative Settlement of Parties and Stipulated Motion to Extend Deadlines.[1]

      IT IS HEREBY ORDERED that all deadlines are extended indefinitely to provide the parties the time to prepare a formal settlement agreement and pending the submission of the necessary joint stipulated motion to dismiss in accordance with the settlement agreement. By no later than 60 days from the date this Order is entered, the parties must file a status report if a notice of settlement and stipulated motion for dismissal have not been filed.

---

[1] Docket no. 18, filed July 14, 2020.

Signed July 15, 2020.

BY THE COURT:

_____
Magistrate Judge Paul Kohler